IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES BADILLO, individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON CONNECT, INC.,<br><br>Defendant. | Civil Action No. 20-cv-480 (NSR)<br><br>STIPULATION OF DISMISSAL |

**WHEREAS**, James Badillo ("Plaintiff") and Verizon Connect, Inc. ("Verizon") have resolved all claims between them asserted in this action;

**NOW THEREFORE**, the parties hereto, acting through their counsel, agree and stipulate, as follows:

1. Plaintiff hereby voluntarily dismisses with prejudice and without costs all claims asserted against Verizon.

**STIPULATED AND AGREED:**

BURSOR & FISCHER, P.A.

_/s/ Philip Fraietta_
Philip L. Fraietta, Esquire
888 Seventh Avenue
New York, New York 10014

GREENBERG TRAURIG, LLP

_/s/ Eric D. Wong_
Philip R. Sellinger, Esquire
Eric D. Wong, Esquire
500 Campus Drive, Suite 400
Florham Park, NJ 07932

Dated: April 14, 2020

SO ORDERED:

Dated: April 14, 2020
White Plains, NY

_____
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/2020